UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR W. RUTLAND,　　　　　　　　　　　　Case No. 1:19-cv-00994

　　　　Plaintiff,　　　　　　　　　　　　　　Hon. Paul L. Maloney

vs.

R&R TRAILERS, INC., A MICHIGAN
CORPORATION,

　　　　Defendant.

---

| | |
|---|---|
| LYLE ANDREW PECK (P34259) | DOUGLAS M. CHAPMAN (P64469) |
| Peck & Associates | Clark Hill PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 3645 Highlander Way E. | 151 South Old Woodward Avenue, |
| Ann Arbor, MI 48108 | Suite 200 |
| lyleandrewpeck@gmail.com | Birmingham, MI 48009 |
| | (248) 530-6337 |
| **Metro D.C.** | dchapman@clarkhill.com |
| Peck & Associates | |
| Lyle Andrew Peck, No. 1615978 | |
| 263 Commons Dr., N.W. | |
| Vienna, VA 22180 | |
| lyleandrewpeck@gmail.com | |

---

**PLAINTIFF'S, ARTHUR W. RUTLAND'S MOTION FOR RECONSIDERATION OF OPINION UNDER W.D. Mich. LCivR 7.4(a)**

　　　　Plaintiff Arthur W. Rutland, through his Attorney, Peck & Associates, by Lyle Andrew Peck, file this Motion and accompanying brief for Reconsideration under W.D. Mich LcivR. 7.4(a) demonstrating a gross palpable factual defect by which the Court and the parties have been misled, and demonstrate reinstatement of the case must result from a correction thereof." W.D. Mich. LCivR 7.4(a).

Dated: January 24, 2021                                                   Respectfully submitted,

/s/*Lyle Andrew Peck*
**Mr. Lyle Andrew Peck, P34259**                          **Metro Washington D.C.**
Attorney for Officer Rutland                                    **Lyle Andrew Peck, No. 1615978**
Peck & Associates                                                     Peck & Associates
430 E. Lake Street                                                       263 Commons Dr. N.W.
Petoskey, MI  49770                                                  Vienna, VA   28108
PH (231) 487-0788                                                      PH (906) 630 0998
Email: lyleandrewpeck@gmail.com                         Email: lyleandrewpeck@gmail.com